FILED
July 23, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFONSO LEYVA,<br><br>Defendant. | Case No. 1:23-cr-00226-DAD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ALFONSO LEYVA</u> Case No. <u>1:23-cr-00226-DAD</u> Charges <u>18 USC § 3606</u> from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

\_\_\_\_\_   Bail Posted in the Sum of $ _____

    \_\_\_\_\_   Unsecured Appearance Bond $ _____

    \_\_\_\_\_   Appearance Bond with 10% Deposit

    \_\_\_\_\_   Appearance Bond with Surety

    \_\_\_\_\_   Corporate Surety Bail Bond

    __x__   (Other): <u>Released forthwith today with previously imposed terms of release.</u>

Issued at Sacramento, California on July 23, 2024 at 2:10 PM

Dated:  July 23, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE