PHILLIP A. TALBERT
United States Attorney
NCHEKUBE ONYIMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFONSO LEYVA<br><br>Defendant. | CASE NO. 1:23-CR-00226-DAD<br><br>ORDER DISMISSING PETITION<br><br>DATE: July 30, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**ORDER**

Based on the United States's Motion to Dismiss, it is HEREBY ORDERED that the supervised release petition (ECF 5) is dismissed against the above-captioned defendant.

IT IS SO ORDERED.

Dated: **July 24, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE