UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

**Honorable Dale A. Drozd**  **RE:** **Alfonso Leyva**
**United States District Judge**        **Docket Number:  0972 1:23CR00226-1**
**Sacramento, California**            **RECOMMENDATION TO DISMISS**
                          **PETITION AND RECALL WARRANT**

Your Honor:

On June 4, 2024, a Probation 12C petition for warrant petition was filed with the Court. On July 17, 2024, Mr. Leyva was arrested on his outstanding warrant. On July 19, 2024, a superseding petition was sent adding an additional allegation. On July 23, 2024, Mr. Leyva made his initial appearance regarding the initial petition filed on June 4, 2024, and the government informed the Court they intended to file a motion to withdraw the petition and requested to dismiss the petition. The request was granted, and Mr. Leyva was ordered released from custody forthwith. Due to the superseding petition and warrant being approved after Mr. Leyva made his initial appearance, an additional warrant was issued for Mr. Leyva; however, due to the additional allegation being the same as the original petition, the government will not pursue the violation. It is therefore being requested the superseding petition be dismissed, and the warrant issued on July 24, 2024, be recalled.

Respectfully submitted,                Reviewed by,

*/s/ Brandon Dawkins/*                */s/ Ronnie Preap/*

**Brandon Dawkins**                    **Ronnie Preap**
United States Probation Officer        Supervising United States Probation Officer

**Dated:**   July 24, 2024
         Modesto, California
         BD/lr

1

REV.  01/2021
CAE___MEMO___COURT (W ORDER)

RE: **Alfonso Leyva**
   **Docket Number:   0972 1:23CR00226-1**
   **RECOMMENDATION TO DISMISS PETITION AND RECALL WARRANT**

## ORDER OF THE COURT

**THE COURT ORDERS:**

☒ Approved      ☐ Disapproved

July 24, 2024                                   *Dale A. Drozd*
**Date**                                        **Dale A. Drozd**
                                                **United States District Judge**

cc:   Nchekube Onyima
      Assistant United States Attorney

      Meghan McLoughlin
      Defense Counsel

2